UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60249-CR-SINGHAL

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FAHEEM AKRAM,
a/k/a "Fahim Akram,"

Defendant.

_______________________________/

**ORDER PLACING DEFENDANT IN FUGITIVE STATUS**

It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc: Jacqueline DerOvanesian, AUSA
Jon Juenger, AUSA